# UNITED STATES DISTRICT COURT
for
NORTHERN DISTRICT OF TEXAS

## Request for Modifying the Conditions or Term of Supervision
## With Consent of the Person Under Supervision
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Person Under Supervision: | Xzavion Dayshaun Ragsdale  Case No.: 2:15-CR-072-Z-BR(01) |
| Name of Sentencing Judge: | U.S. District Judge Matthew J. Kacsmaryk |
| Date of Original Sentence: | January 22, 2016 |
| Original Offense: | Attempted Sex Trafficking of a Child and Aiding and Abetting, 18 U.S.C. §§ 1594(a), 1591 (a)(1) and 2, a Class A felony |
| Original Sentence: | 120 months custody, 10-year term of supervised release |
| Revocations: | 10 months custody, 5-year term of supervised release |
| Type of Supervision: | Supervised Release    Date Supervision Commenced: August 6, 2026 |
| Assistant U.S. Attorney: | Joshua Jerome Frausto    Defense Attorney:  Felipe Zavala (Court appointed) |

## Petitioning The Court As Follows:

To modify the conditions of supervision as follows: The court may modify, reduce, or enlarge the conditions of probation or supervised release at any time prior to the expiration of the term of supervision. 18 U.S.C. §§ 3563(c) and 3583(e)(2). Any modification of the term of supervised release should be based on an *individualized assessment* of the appropriateness of existing conditions. USSG §5D1.4(a)

Additionally, pursuant to USSG §5D1.4, comment. (n.2), when determining whether to modify any condition of supervised release that would be relevant to a victim, the court is encouraged, in coordination with the government, to ensure that any victim of the offense is reasonably, accurately, and timely notified, and provided, to the extent practicable, with an opportunity to be reasonably heard, unless any such victim previously requested not to be notified.

Paragraph 34 of the PSR did not identify a victim.

The U.S. Probation Office in the Northern District of Texas is requesting the following condition be added:

The defendant shall participate in mental health treatment services as directed by the probation officer until successfully discharged. These services may include medications prescribed by a licensed physician. The defendant shall contribute to the costs of services rendered (copayment) at a rate of at least $5.00 per month.

### Cause

Mr. Ragsdale began his second term of supervised release in the Northern District of Texas, Dallas Division, on August 6, 2026, and his expiration date is August 5, 2031.

Based on Mr. Ragsdale's criminal history, history of drug use, limited ties to the Dallas area, and current lack of a strong local support system, this officer discussed with Mr. Ragsdale a proposed modification of

Case 2:15-cr-00072-Z-BR    Document 77    Filed 08/12/26    Page 2 of 4    PageID 385
Xzavion Dayshaun Ragsdale
Request for Modifying the Conditions or Term of Supervision

his conditions of supervised release to include participation in mental health treatment. Since his release, Mr. Ragsdale has identified several areas of instability, including finances, employment, transportation, and family support. He has also reported using drugs during periods of increased stress.

Given his current identified needs, mental health treatment appears to be an appropriate intervention. Such treatment would provide Mr. Ragsdale with an opportunity to develop healthier coping strategies, improve his ability to manage stress and instability, and address factors that may contribute to drug use and other behaviors that could negatively impact his adjustment to supervision.

Mr. Ragsdale acknowledged his agreement with the additional conditions as indicated by his signature on the attached Waiver of Hearing to Modify Conditions of Supervised Release.

Accordingly, the Northern District of Texas is respectfully recommending the Court modify the conditions of supervised release as noted above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 10, 2026
Respectfully submitted,

Approved,

Jessica Brocz
U.S. Probation Officer
Dallas Division
Phone: 945-273-1315
Email: Jessica_Brocz@txnp.uscourts.gov

Joseph Lujan
Supervising U.S. Probation Officer
Phone: 214-542-2725

---

**Order of the Court:**

☐ No Action.

☐ The extension of supervision as noted above.

☒ The addition of conditions as noted above.

☐ Other or Additional:

☐ File under seal until further order of the Court.

The Honorable Matthew J. Kacsmaryk
U.S. District Judge

August 12, 2026
Date

JB

Xzavion Dayshaun Ragsdale
Request for Modifying the Conditions or Term of Supervision

*Attachment

PROB 49

# UNITED STATES DISTRICT COURT
for
## NORTHERN DISTRICT OF TEXAS

## Waiver of Hearing to Modify Conditions of Supervised Release or Extend Term of Supervision

United States of America

v.                                                        Case No.:  2:15-CR-00072(1)

Xzavion Dayshaun Ragsdale


I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Supervised Release or to the proposed extension of my term of supervision:

The defendant shall participate in mental health treatment services as directed by the probation officer until successfully discharged. These services may include medications prescribed by a licensed physician. The defendant shall contribute to the costs of services rendered (copayment) at a rate of at least $5 per month.


Witness: _____          Signed: _____
Jessica Brocz                                        Xzavion Dayshaun Ragsdale
U.S. Probation Officer                               Supervised Releasee

Date:  August 7, 2026